IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:17CR289** |
| v. | |
| MARK RINGLAND, | **ORDER** |
| Defendant. | |

This matter is before the Court on the following motions filed by defendant Mark Ringland ("Ringland"):

1.      Motion for New Trial (Filing No. 213);

2.      Motion for Brady Violation (Filing No. 221)

3.      Motion for Certificate of Innocence 28 USC 1495 and 2513 (Filing No. 230);

4.      Motion for Rooker-Feldman Doctrine and other Authorities (Filing No. 231);

5.      Motion for part of Certificate of Innocence 28 USC 1495 and 2513 (Filing No. 232);

6.      Motion for Cross-Examination of Governments Witnesses (Filing No. 238);

7.      Motion for Violation of the 14th Amendment Due Process (Filing No. 239);

8.      Motion for Ineffective Assistance of Counsel (Filing No. 240);

9.      Motion for Case Files Under Court Advised Rules Civil Rights (Filing No. 243);

10.     Motion for Challenging Court Rules of Civil Rights Due Process, 14th Amendment (Filing No. 244);

11.     Motion for Strick on Rules to be Enforced (Filing No. 245); and

12.     Motion for New Trial (Filing No. 248).

For the reasons stated in the Court's Memorandum and Order of November 15, 2021 (Filing No. 168), its Memorandum and Order of April 28, 2022 (Filing No. 181), its Order

of August 2, 2022 (Filing No. 188), its Order of September 8, 2022 (Filing No. 191), it's Order of November 1, 2022 (Filing No. 204), and the multitude of other post-trial orders entered in this matter, the above-referenced motions are denied.

Ringland's non-sensical and repetitive motions have been reviewed and dealt with on a number of occasions.  Ringland raises no new issues that have not been previously disposed of by this Court and the United States Court of Appeals for the 8th Circuit.

IT IS SO ORDERED.

Dated this 24th day of March 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge