IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR289 |
| v. | |
| MARK RINGLAND, | ORDER |
| Defendant. | |

This matter is before the Court on the various "motions" filed by defendant Mark Ringland ("Ringland") (Filing Nos. 251, 252, 253, 258, 259, 261, 264, and 265).[1]

Consistent with earlier orders entered relating to the repetitive and non-sensical filings by Ringland,

IT IS ORDERED that each of the motions (Filing Nos. 251, 252, 253, 258, 259, 261, 264, and 265) are denied.

Dated this 20th day of April 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

---

[1] Although some of these "motions" were styled as appeals or petitions for writ of certiorari, a review of each filing indicates otherwise.